IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ALANA ATHERTON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 3:03-01133 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Griffin |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Alana Atherton's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 10), to which Defendant Commissioner of Social Security filed a Response in Opposition (Doc. No. 14). Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 21) recommending that Plaintiff's Motion be denied and the decision of the Commissioner affirmed. The Report was filed on April 22, 2008, and no objections to the Report and Recommendation have been filed by Plaintiff. Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion.

It is so ORDERED.

Entered this ___6th___ day of November, 2008.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT